

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00191-CV

**BRENT ALAN MCLEAN,**

**Appellant**

v.

**BRAD LIVINGSTON, ET AL,**

**Appellee**

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. C201400101**

# ORDER

This case has become stalled because we cannot communicate with the appellant or get the appellant to comply with the Court's orders, respond to the notices from the Clerk, or comply with the Rules of Appellate Procedure. Accordingly, this is our final order in this proceeding before we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

The appellant, Brent Alan McLean, is ordered to file, within 14 days of the date of

this order, a status report with the Court that provides an address at which he can be served with pleadings, orders, and notices. The address must also be served on the appellees through counsel that has appeared on their behalf, as follows:

> Carol M. Garcia
> P.O. Box 12548
> Capitol Station
> Austin, TX 78711

Proof of service of the status report must be made as required by Rule 9.6(d), and (e) of the Texas Rules of Appellate Procedure.

The status report must also identify any issues McLean believes to be unresolved other than the designation of new lead counsel, the brief due from appellees, and the merits of the appeal. Further, the status report must acknowledge that appellant desires to proceed with the appeal.

Failure to comply with this order will result in the dismissal of this proceeding without further notice.

The Clerk of this Court is ordered to send this order to McLean at each of the following addresses by regular first class mail in addition to sending a copy to counsel for appellees as the address indicated above.

McLean's addresses to which this order must be sent are:

1. Last known prison address:

> TDCJ#663292
> Boyd Unit
> 200 Spur 113

Teague, TX 75860-5174

2. Address provided by McLean prior to his release:

   105 East College Ave.
   P.O. Box 625
   Princeton, TX  75407-0625

3. Address provided by Attorney General's Office to which McLean was reportedly released:

   TDCJ#663292
   Dallas Center Halfway House
   1554 E. Langdon Road
   Dallas, TX 75241

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Order issued and filed March 8, 2017

